**NOT FOR PUBLICATION**

UNITED STATES COURT OF APPEALS

FOR THE NINTH CIRCUIT

| | |
|---|---|
| LUZ MARIA MARTINEZ-MARTINEZ, | No. 07-71873 |
| Petitioner, | Agency No. A077-062-204 |
| v. | |
| ERIC H. HOLDER Jr., Attorney General, | MEMORANDUM[*] |
| Respondent. | |

On Petition for Review of an Order of the
Board of Immigration Appeals

Submitted January 11, 2010[**]

Before:      BEEZER, TROTT, and BYBEE, Circuit Judges.

Luz Maria Martinez-Martinez, a native and citizen of Mexico, petitions for

review of the Board of Immigration Appeals' ("BIA") order denying her motion to

reopen. We have jurisdiction pursuant to 8 U.S.C. § 1252. We review for abuse of

---

[*]      This disposition is not appropriate for publication and is not precedent except as provided by 9th Cir. R. 36-3.

[**]      The panel unanimously finds this case suitable for decision without oral argument. *See* Fed. R. App. P. 34(a)(2).

KS/Research

discretion the denial of a motion to reopen, *Iturribarria v. INS*, 321 F.3d 889, 894 (9th Cir. 2003), and we deny the petition for review.

The BIA provided adequate consideration of the supporting evidence Martinez-Martinez submitted with her motion, including the psychological evaluation of her U.S. citizen son, and acted within its broad discretion in determining that the evidence was insufficient to warrant reopening. *See Lopez v. Ashcroft*, 366 F.3d 799, 807 n.6 (9th Cir. 2004) (BIA is required to "consider the issues raised, and announce its decision in terms sufficient to enable a reviewing court to perceive that it has heard and thought and not merely reacted") (citation omitted).

**PETITION FOR REVIEW DENIED.**